**Freddie BELL, Jr., Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7129.

United States Court of Appeals, Federal Circuit.

May 15, 2015.

Matthew Ross Keller, Odin, Feldman & Pittleman, P.C., Reston, VA, argued for claimant-appellant.

Tanya Koenig, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, ar-

gued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.; David J. Barrans, Christina Lynn Gregg, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

Before DYK, REYNA, and CHEN, Circuit Judges.

PER CURIAM.

The case is dismissed for lack of jurisdiction. 38 U.S.C. § 7292(d)(2).

**DISMISSED.**